# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 13, 2018

## NO.  03-17-00772-CV

**B. H.-L., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### APPEAL FROM THE 425TH DISTRICT COURT OF WILLIAMSON COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND FIELD
### AFFIRMED -- OPINION BY JUSTICE FIELD

This is an appeal from the order signed by the trial court on November 14, 2017.  Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the order.  Therefore, the Court affirms the trial court's order terminating appellant's parental rights.  Because appellant is indigent and unable to pay costs, no adjudication of costs is made.